UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. JOSEPH ANTHONY AMARI
Crim. No. 09-879 (KSH)

State ID # 340096E

## PETITION FOR WRIT OF HABEAS CORPUS

1. Joseph Anthony Amari (̶̶̶̶̶̶̶̶̶̶̶̶) is now confined for Bergen County Jail, 160 South River Street, Hackensack, New Jersey.

2. Said individual will be required at the United States District Court, Newark, New Jersey, on Tuesday, September 21, 2010 at 10:00 a.m. for a Status Conference before the Honorable Katharine S. Hayden.

A Writ of Habeas Corpus should issue for that purpose.

DATED: 9/9/10

SHANA W. CHEN
ASSISTANT U.S. ATTORNEY

## ORDER

Let the Writ Issue.

DATED: September 9, 2010

HON. KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Bergen County Jail, Hackensack, New Jersey. WE COMMAND that you have the body of

JOSEPH ANTHONY AMARI,

now confined in Bergen County Jail, brought before the Honorable Katharine S. Hayden, United States District Judge, on September 21, 2010, at 10:00 a.m., at the United States District Court, U.S. Post Office & Courthouse, Federal Square, Courtroom 5, Newark, New Jersey, so that he may appear in the above-captioned matter.

WITNESS the Honorable Katharine S. Hayden
United States District Judge
Newark, New Jersey

DATED:

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk