# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. KATHARINE S. HAYDEN, U.S.D.J. |
| v. | : | Crim. No. 09-879 (KSH) |
| JOSEPH ANTHONY AMARI | : | <u>ORDER</u> |

This matter having been opened to the Court upon notification from the United States Pretrial Services that the defendant's conditions of bail in connection with the case pending against him in the New Jersey Superior Court, Bergen County, have been revoked; and

The United States by Paul J. Fishman, United States Attorney for the District of New Jersey (Shana W. Chen, Assistant United States Attorney, appearing) having moved for revocation of the defendant's pretrial release in the federal matter in light of the defendant's violations of the terms of his pretrial release; and

The Court having heard argument from the defendant Joseph Anthony Amari (Chester M. Keller, First Assistant Federal Public Defender, appearing);

IT IS THEREFORE on this 27 day of September, 2010,

ORDERED that the defendant's pretrial release is revoked.

HONORABLE KATHARINE S. HAYDEN
United States District Judge