UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| | | Crim. No. 09-879(KSH) |
| v. | : | |
| | | Order Staying Proceedings |
| JOSEPH ANTHONY AMARI | : | |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Barbara Llanes, Assistant U.S. Attorney), and defendant Joseph Anthony Amari (by Chester M. Keller, First Assistant Federal Public Defender) for an order staying the proceedings in the above-captioned matter, and the defendant being aware that he has a right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and the defendant having consented before the Court to a stay of the proceedings until his State criminal case has been resolved, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that the proceedings in this matter should be stayed for the following reasons:

1. The defendant has filed a pretrial motion to suppress evidence, which shall not be disposed of until the conclusion of the defendant's State criminal matter;

2. The proceedings in the above-captioned matter are delayed while the defendant awaits the trial and resolution of other charges against the defendant in a State criminal matter;

3. The Defendant has consented to the aforementioned stay of the proceedings; and

2. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 23rd day of February, 2011,

IT IS ORDERED that the proceedings in the above-captioned matter are stayed pending resolution of the defendant's State criminal matter;

IT IS FURTHER ORDERED that the period during which the proceedings in the above-captioned matter are stayed shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

HON. KATHARINE S. HAYDEN
United States District Judge

Form and entry
consented to:

Barbara R. Llanes
Assistant U.S. Attorney

Chester M. Keller, Esq.
Counsel for defendant Joseph Anthony Amari