UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Katherine S. Hayden, U.S.D.J. |
| V. | : Criminal No.09-879 (KSH) |
| JOSEPH ANTHONY AMARI | : **ORDER** |

This matter having come before the Court on the application of Chester M. Keller, Assistant Federal Public Defender, Attorney for the defendant Joseph Amari for an order authorizing the Bergen County Jail in Hackensack, New Jersey to retain certain video recordings at the jail that will be provided by defense counsel so that defendant Amari can review them at certain times at the prison library in preparation of his defense on the instant federal prosecution.

IT IS HEREBY ORDERED this ___ day of July, 2011 that officials at the Bergen County Jail receive these recordings and allow access to them by defendant Amari.

HONORABLE KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE

Dated: July ___, 2011
Newark, New Jersey