# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JOSEPH ANTHONY AMARI,<br><br>        Defendant. | Crim. No. 09-879<br><br>**ORDER ON<br>MOTION TO SUPPRESS** |

This matter having been raised to the Court by Amari's pro se motion to suppress [D.E. 26] and a subsequent omnibus motion seeking to suppress evidence submitted by counsel for Amari [D.E. 36]; the Court having reviewed the parties' submissions and entertained four days of hearings on September 13, 2011, November 2, 2011, January 4, 2012, and January 31, 2012 [D.E. 44, 49, 56, 60]; and good cause appearing,

It is on this 15th day of November, 2012 hereby

**ORDERED** that Amari's motion to suppress is **denied.**

                                                    /s/ Katharine S. Hayden
                                                    Katharine S. Hayden, U.S.D.J.