UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :        Hon. Katharine S. Hayden
                                     Crim. No. 09-879(KSH)
        v.                  :
                                     TRIAL CONTINUANCE ORDER
JOSEPH ANTHONY AMARI        :

        This matter having come before the Court on the joint

application of Paul J. Fishman, United States Attorney for the

District of New Jersey (by Jane H. Yoon and Shirley Emehelu,

Assistant U.S. Attorneys), and defendant Joseph Anthony Amari (by

Chester M. Keller, First Assistant Federal Public Defender) for

an order granting a continuance of the proceedings in the above-

captioned matter, and the defendant being aware that he has a

right to have the matter brought to trial within 70 days of the

date of his appearance before a judicial officer of this court

pursuant to Title 18 of the United States Code, Section

3161(c)(1), and the defendant having consented to the continuance

and waived such right, and for good and sufficient cause shown,

        IT IS THE FINDING OF THIS COURT that the proceedings in

this matter should be continued for the following reasons:

        1.    The defendant is reviewing the Court's

determination of his pretrial motion to suppress evidence, which

was denied in an order signed November 15, 2012;

        2.    Plea negotiations are in progress, and both the

United States and the defendant desire additional time to

negotiate a plea agreement, which would render a subsequent trial of this matter unnecessary;

      3.  Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

      WHEREFORE, on this _____ day of November 2012,

      ORDERED that this action be, and it hereby is, continued for a period of 60 days from November 27, 2012 through and including January 27, 2013; and it is further

      ORDERED that the period from November 27, 2012 through and including January 27, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. KATHARINE S. HAYDEN
United States District Judge

Form and entry consented to:

Jane H. Yoon
Assistant U.S. Attorney

Chester M. Keller, Esq.
Counsel for defendant Joseph Anthony Amari