UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :      Hon. Katharine S. Hayden
                                     Crim. No. 09-879(KSH)
            v.                :
                                     TRIAL CONTINUANCE ORDER
JOSEPH ANTHONY AMARI          :

        This matter having come before the Court on the joint
application of Paul J. Fishman, United States Attorney for the
District of New Jersey (by Jane H. Yoon and Shirley Emehelu,
Assistant U.S. Attorneys), and defendant Joseph Anthony Amari (by
Chester M. Keller, First Assistant Federal Public Defender) for
an order granting a continuance of the proceedings in the above-
captioned matter, and the defendant being aware that he has a
right to have the matter brought to trial within 70 days of the
date of his appearance before a judicial officer of this court
pursuant to Title 18 of the United States Code, Section
3161(c)(1), and the defendant having consented to the continuance
and waived such right, and for good and sufficient cause shown,

        IT IS THE FINDING OF THIS COURT that the proceedings in
this matter should be continued for the following reasons:

        1.   Plea negotiations are in progress, and both the
United States and the defendant desire additional time to
negotiate a plea agreement, which would render a subsequent trial
of this matter unnecessary;

2.  Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 24th day of January 2013,

ORDERED that this action be, and it hereby is, continued for a period of 30 days from January 28, 2013 through and including February 28, 2013; and it is further

ORDERED that the period from January 28, 2013 through and including February 28, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. KATHARINE S. HAYDEN
United States District Judge


Form and entry consented to:

_____
Jane H. Yoon
Assistant U.S. Attorney

_____
Chester M. Keller, Esq.
Counsel for defendant Joseph Anthony Amari